UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAPEATLANTIC FOOD SERVICES, LLC,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:　Case No. 1:19-cv-16401-RMB-AMD<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendant, CAPEATLANTIC FOOD SERVICES, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr.<br>Jon G. Shadinger Jr., Esq.<br>Shadinger Law, LLC<br>P.O. Box 279<br>Estell Manor, NJ 08319<br>Tel: (609) 319-5399<br>Fax: (314) 898-4053<br>js@shadingerlaw.com<br>*Attorney for Plaintiff* | /s/ Richard A. Carlucci<br>Richard A. Carlucci, Esq.<br>Griffith and Carlucci, PC<br>801 Asbury Avenue<br>Ocean City, NJ 08226<br>Tel: (609) 399-6900<br>*Attorney for Defendant* |

Dated: May 29, 2020